PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Moises Mauricio                                                                 Cr.: 08-00505-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 01/08/2009

Original Offense: Count One: Conspiracy to Distribute Controlled Substance
Count Two: Interference with Commerce by Threat of Violence

Original Sentence: 27 months imprisonment (on each count), 3 years supervised release

Type of Supervision: Supervised Release                     Date Supervision Commenced: 11/02/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit his person, residence, office or vehicle to a search conducted by a United States Probation officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a conditions of release; failure to submit to a search may be ground to revocation, the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

## CAUSE

In the instant offense, the offender was responsible for the distribution of 2,000 pills of ecstasy.

Respectfully submitted,
By: Elisa Martinez
U.S. Probation Officer
Date: 01/28/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/3/10
Date